IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONNIE D. FLYNN                                                               PLAINTIFF

                 v.                  Civil No. 11-2027

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 18th day of January 2012.

                                               /s/ *J. Marschewski*
                                           HONORABLE JAMES R. MARSCHEWSKI
                                           CHIEF UNITED STATES MAGISTRATE JUDGE